## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN FRIENDS SERVICE COMMITTEE, )
et al., )
                                    )
           Plaintiffs, )          Case No. 06-2529
                                    )
           v. )          Hon. Norma L. Shapiro
                                    )          Judge Presiding
UNITED STATES DEPARTMENT OF )
DEFENSE, )
                                    )
          Defendant. )
                                    )

### JOINT STIPULATION OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to dismissal of this action without prejudice, all parties to bear their own fees and costs.

Dated: March 15, 2007                        Respectfully submitted,

                                         BEN WIZNER
                                         American Civil Liberties
                                         Union Foundation
                                         125 Broad St., 18th Flr.
                                         New York, NY 10004
                                         (212) 519-7860 (phone)
                                         (212) 549-2651 (fax)
                                         Attorney for Plaintiffs

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         PATRICK L. MEEHAN
                                         United States Attorney

SUSAN DEIN BRICKLIN
Assistant United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
SAMUEL C. KAPLAN
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch,
P.O. Box 883
Washington, DC  20044
(202) 514-4686 (phone)
(202) 616-8202 (fax)
Attorneys for Defendants

2

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FRIENDS SERVICE COMMITTEE, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-2529 |
| ) | |
| v. ) | Hon. Norma L. Shapiro |
| ) | Judge Presiding |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I certify that, on this 15th day of March 2007, I filed electronically the foregoing

stipulation of dismissal.  Notice will be sent to counsel for all parties via the Court's electronic

filing system.

s/ Samuel C. Kaplan
Samuel C. Kaplan